

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 22-0083

STATE OF MONTANA,

Plaintiff and Appellee,

v.

WES LEE WHITAKER,

Defendant and Appellant.

FILED

OCT 2 4 2023

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

In an October 3, 2023 Order, this Court denied Appellant Wes Lee Whitaker's motion to disqualify the Appellate Defender Division because he is not entitled to counsel of his choice when represented by the Appellate Defender Division. We also stated that Whitaker should refrain from filing pleadings on his own behalf while represented by counsel, pursuant to M. R. App. P. 10(1)(c). Whitaker has now filed a "Motion to Proceed Pro Se Request Stand-By Counsel or Co-Counsel" that this Court deems a Petition for Rehearing, pursuant to M. R. App. P. 20(1).

M. R. App. P. 20(1) provides criteria for rehearing. This Court "will consider a petition for rehearing presented only upon . . . [t]hat it overlooked some fact material to the decision[,] . . . or [t]hat its decision conflicts with a statute or controlling decision not addressed by the supreme court." M. R. App. P. 20(1)(a)(i) and (iii). "Absent clearly demonstrated exceptional circumstances, the supreme court will not grant petitions for rehearing of its orders disposing of motions or petitions for extraordinary writs." M. R. App. P. 20(1)(d).

We conclude that Whitaker is not entitled to the relief he has requested. Stand-by counsel is not an option in a direct appeal. Moreover, Whitaker's counsel from the Appellate Defender Division has filed the opening brief on October 4, 2023. Accordingly,

IT IS ORDERED that Whitaker's Motion to Proceed Pro Se Request Stand-By Counsel or Co-Counsel, deemed a Petition for Rehearing, is DENIED.

The Clerk is directed to provide a copy of this Order to counsel of record and to Wes Lee Whitaker personally.

DATED this 24th day of October, 2023.

_____
Chief Justice

_____

_____

_____

_____
Justices